**Roynald T. TIMMSON, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of Virginia Department of Corrections, Respondent–Appellee.**

**No. 01–6867.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 13, 2001.

Roynald T. Timmson, pro se.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Roynald T. Timmson appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and

find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Timmson v. Angelone,* No. CA–01–298–2 (E.D.Va. May 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*